# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2336
_____

SUNRISE BEACH SERVICE, LC,
and H&T CAPITAL, LLC,

    Appellants,

    v.

SILVER SHELLS PROPERTY
OWNERS ASSOCIATION, INC. and
SILVER SHELLS OWNERS CLUB,
LLC,

    Appellees.

_____


On appeal from the Circuit Court for Okaloosa County.
John Thomas Brown, Judge.


January 29, 2026

PER CURIAM.

    AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Raymond Joseph Rafool, II, of Rafool, PLLC, Miami, for Appellants.

Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, and Valerie L. Chartier-Hogancamp and D. Kent Safriet, of Holtzman Vogel Baran Torchinsky & Josefiak PLLC, Tallahassee, for Appellees.